# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * * * * * * * * * *
                                               *
ROBERT A. LUCIANO, JR., Trustee of the         *
Robert A. Luciano Jr. Revocable Trust Dated    *
February 27, 1995,                             *
                                               *   No. 11-439 L
            Plaintiff,                         *
                                               *   (Filed: March 21, 2012)
        v.                                     *
                                               *
UNITED STATES OF AMERICA,                      *
                                               *
            Defendant.                         *
                                               *
* * * * * * * * * * * * * * * * * * * * * * * * * * *
```

## ORDER

The parties have filed a Joint Preliminary Status Report and Proposed Discovery Schedule. For the reasons that defendant stated therein, the Court adopts defendant's proposed discovery plan. **It is hereby ORDERED:**

The parties shall follow the discovery schedule listed below.

| Event | Due Date |
|---|---|
| Parties exchange initial disclosures pursuant to RCFC 26(a)(1). | April 6, 2012 |
| Parties complete discovery on all jurisdictional issues. | October 12, 2012 |
| Parties report to the Court whether they intend to file dispositive motions pursuant to RCFC 56 or proceed with further discovery. Parties will submit proposed briefing schedules or proposed schedules for additional discovery and further proceedings. | October 26, 2012 |

s/ Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims